# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-5062 - K-Con Building Systems, Inc. v. US

## Brief of Plaintiff-Appellant K-Con Building Systems, Inc.

## **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. The following shall apply when making corrections:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "CORRECTED" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

June 12, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


cc: Daniel B. Volk

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**14-5062 - K-Con Building Systems, Inc. v. US**

The Brief of Plaintiff-Appellant K-Con Building Systems, Inc. has been rejected for following reasons:

- The addendum to the brief is not text-searchable. All documents must be in text-searchable format prior to being filed in the ECF system. Rule ECF-7(B)